In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-306 CR


NO. 09-03-307 CR


____________________



CHARLES FREEMAN, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 85792 and 87309






MEMORANDUM OPINION (1)


 Charles Freeman, Jr., was convicted and sentenced on separate indictments for 
assault and delivery of a controlled substance and was sentenced in each case to 20 years
of confinement in the Texas Department of Criminal Justice, Institutional Division. 
Freeman filed notice of appeal on July 2, 2003. In each case, the trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a
plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by
the district clerk.

 On July 7, 2003, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made 
part of the appellate record. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered August 7, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.